RUTH E. SECRIST, Respondent, *v.* RAYMOND E. SECRIST, Appellant.

Argued January 3, 1955; decided January 13, 1955.

752

*Harold J. Stiles* for appellant.
*Walter J. Holloran* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.